Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Acosta

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA, | No. 1:25-cv-00210-KES-SKO |
| Plaintiff, | **STIPULATION RE: PLAINTIFF'S SITE INSPECTION; ORDER** |
| vs. | |
| AHMED NAJI dba SHOP & SAVE MARKET, et al., | (Doc. 19) |
| Defendants. | |

1  Plaintiff Jose Acosta ("Plaintiff") and Defendants Ahmed Naji dba Shop & Save Market
2  and 766 Fresno, LLC (collectively "Defendants," and together with Plaintiff, the "Parties"), the
3  parties to in this action, hereby stipulate as follows:

4  1.  Plaintiff's counsel and Certified Access Specialist consultant shall be permitted
5      to inspect the subject facility in full on June 24, 2025 commencing at 8:00 a.m.,
6      and all public areas of the facility shall be open for inspection at that time.
7  2.  A representative from the Defense, CASp Inspector Kelly Bray, will attend the
8      site inspection.
9  3.  Defense counsel will provide his clients with a copy of this stipulation in advance
10     of the site inspection.

11 IT IS SO STIPULATED.

Dated: June 18, 2025                    MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Jose Acosta

Dated: June 18, 2025                    SAHELIAN LAW OFFICES

                                        */s/ Ara Sahelian*
                                        Ara Sahelian
                                        Attorneys for Defendants,
                                        Ahmed Naji dba Shop & Save Market and 766
                                        Fresno, LLC

**ORDER**

Having considered the Parties' stipulation, (Doc. 19), and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's counsel and Certified Access Specialist consultant shall be permitted to inspect the subject facility in full on June 24, 2025 commencing at 8:00 a.m., and all public areas of the facility shall be open for inspection at that time.

2. A representative from the Defense, CASp Inspector Kelly Bray, will attend the site inspection.

3. Defense counsel will provide his clients with a copy of this stipulation in advance of the site inspection.

IT IS SO ORDERED.

Dated:  **June 20, 2025**                             /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE