[Exempt From Filing Fee
Government Code § 6103]

ALESHIRE & WYNDER, LLP
MICHAEL R. LINDEN, State Bar No. 192485
mlinden@awattorneys.com
2440 Tulare Street, Suite 410
Fresno, California 93721
Telephone: (559) 445-1580
Facsimile: (949) 223-1180

Attorneys for Defendant
CITY OF PARLIER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE ACOSTA,<br><br>  Plaintiff,<br><br>  v.<br><br>AHMED NAJI, dba SHOP & SAVE MARKET, 766 FRESNO, LLC; CITY OF PARLIER:<br><br>  Defendants. | Case No. 1:25-cv-00210-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO SET ASIDE ENTRY OF DEFAULT**<br><br>**(Doc. 34)**<br><br>Judge:     Hon. Sheila K. Oberto<br>Trial Date: TBD |

**RECITALS**

WHEREAS, the instant action was filed by Plaintiff JOSE ACOSTA ("Plaintiff") on February 14, 2025, against Defendants AHMED Naji, dba SHOP & SAVE MART, and 766 FRESNO, LLC; and

WHEREAS, on September 25, 2025, Plaintiff filed his First Amended Complaint ("FAC"), which added the CITY OF PARLIER ("City") as a defendant; and

WHEREAS, on or about December 9, 2025, Plaintiff filed a Request for Entry of Default against the City for failure to file a responsive pleading to the FAC, and on December 9, 2025, the Clerk entered default against the City; and

WHEREAS, on December 9, 2025, counsel for the parties met and conferred, and agreed to file the instant stipulation to have the entry of default set aside so the City could then file a response

1 | to the FAC within fifteen (15) days of the date when the entry of default was set aside.

2 |     WHEREAS, on December 17, 2025, the City filed a Stipulation to Set Aside the Entry of
3 | Default.  ECF No. 32.

4 |     WHEREAS, on December 18, 2025, the Court entered a minute order requiring the City to
5 | submit a proposed order to the Court by December 22, 2025.  ECF No. 33.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Clerk's Entry of Default against Defendant City of Parlier (the "City") (Doc. 29) is SET ASIDE; and

2. The City SHALL have fifteen (15) days from the date of this Order to file a response to the First Amended Complaint (Doc. 24).

IT IS SO ORDERED.

Dated: __**December 22, 2025**__        /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE