THOMAS J. MURRAY, ESQ. 154245
MICHAEL G. THOMAS, ESQ. 178544
**KERN SEGAL & MURRAY**
15 Southgate Avenue, Suite 200
Daly City, CA 94015
Telephone: (415) 474-1900
Facsimile: (415) 474-0302

Attorneys for Defendant
CITY OF PARLIER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA, | ) No. 1:25-cv-00210-SKO |
| | ) |
| Plaintiff, | ) **STIPULATED REQUEST FOR** |
| vs. | ) **MODIFICATION OF SCHEDULING** |
| AHMED NAJI dba SHOP & SAVE | ) **ORDER; ORDER** |
| MARKET, et al., | ) |
| | ) (Doc. 37) |
| Defendants. | ) |
| | ) Complaint Filed: February 14, 2025 |
| | ) Trial Date: October 6, 2026 |
| | ) |
| | ) |
| | ) |

**WHEREAS**, the Court issued a Scheduling Order in this matter on June 12, 2025 (Dkt. 18), setting trial and discovery deadlines;

**WHEREAS**, Plaintiff, Jose Acosta ("Plaintiff"), timely sought leave to amend and filed his First Amended Complaint on September 25, 2025, which, among other changes, named an additional defendant, City of Parlier ("Parlier");

**WHEREAS**, Parlier was thereafter timely and properly served with the Summons and First Amended Complaint, but initially failed to file a responsive pleading, resulting in a clerk's default being entered against Parlier on December 9, 2025 (Dkt. 29);

**WHEREAS**, subsequently, Plaintiff and Parlier stipulated to set aside the entry of clerk's default against Parlier and Parlier filed its Answer on January 8, 2026 (Dkt. 36);

**WHEREAS**, due to the belated appearance of Parlier in this matter, good cause exists to continue all deadlines and trial dates by approximately six months so that Parlier may participate in discovery.

**NOW, THEREFORE**, Plaintiff, Parlier, and Defendants Ahmed Naji dba Shop & Save Market and 766 Fresno, LLC, by and through their counsel, respectfully request modification of the Scheduling Order as follows:

| | Current Date | New Date |
|---|---|---|
| Non-expert discovery cut-off | December 19, 2025 | June 18, 2026 |
| Expert disclosures | January 9, 2026 | July 2, 2026 |
| Rebuttal expert disclosures | January 23, 2026 | July 16, 2026 |
| Expert discovery cut-off | February 27, 2026 | August 27, 2026 |
| Deadline to file non-dispositive motions | March 18, 2026 | September 15, 2026 |
| Hearing on non-dispositive motions | April 22, 2026 | October 20, 2026 |
| Deadline to file dispositive motions | April 8, 2026 | October 13, 2026 |
| Hearing on dispositive motions | May 13, 2026 | November 17, 2026 |
| Pre-trial Conference | August 5, 2026 at 2:30 p.m. | February 9, 2027 |
| Trial | October 6, 2026 at 8:30 a.m. | April 5, 2027 |

**IT IS SO STIPULATED.**

Dated: January 29, 2026                    MOORE LAW FIRM, P.C.


                                                         /s/ Tanya E. Moore

                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Jose Acosta

STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER; ORDER

(Signatures continue on following page)

Dated:  January 29, 2026                    SAHELIAN LAW OFFICES


                                            _____*/s/ Ara Sahelian*_____
                                            Ara Sahelian
                                            Attorneys for Defendants,
                                            Ahmed Naji dba Shop & Save Market and 766
                                            Fresno, LLC


Dated: January 30, 2026                     KERN SEGAL & MURRAY


                                            _____
                                            Thomas J. Murray
                                            Michael G. Thomas
                                            Attorneys for Defendant,
                                            City of Parlier

STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER; ORDER

### ORDER

The Parties having so stipulated (Doc. 37), and good cause appearing, (Fed. R. Civ. P. 16(b)(4)),

**IT IS HEREBY ORDERED** that the Scheduling Order (Doc. 18) is MODIFIED as follows:

|  | Current Date | New Date |
| --- | --- | --- |
| Non-expert discovery cut-off | December 19, 2025 | June 18, 2026 |
| Expert disclosures | January 9, 2026 | July 2, 2026 |
| Rebuttal expert disclosures | January 23, 2026 | July 16, 2026 |
| Expert discovery cut-off | February 27, 2026 | August 27, 2026 |
| Deadline to file non-dispositive motions | March 18, 2026 | September 15, 2026 |
| Hearing on non-dispositive motions | April 22, 2026 | October 21, 2026[1] |
| Deadline to file dispositive motions | April 8, 2026 | October 13, 2026 |
| Hearing on dispositive motions | May 13, 2026 | November 18, 2026[2] |
| Pre-trial Conference | August 5, 2026, at 2:30 p.m. | February 10, 2027, at 2:30 p.m.[3] |
| Trial | October 6, 2026, at 8:30 a.m. | April 13, 2027, at 8:30 a.m.[4] |

IT IS SO ORDERED.

Dated:    **February 2, 2026**              /s/ *Sheila K. Oberto*

                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Oberto holds law and motion hearings on Wednesdays at 9:30 a.m.  The date has been adjusted accordingly.

[2] See above.

[3] Magistrate Judge Oberto holds Pretrial Conferences on Wednesdays at 2:30 p.m.  The date has been adjusted accordingly.

[4] This date has been adjusted to afford the parties adequate time to prepare for trial.

STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER; ORDER