# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSE ACOSTA,

Plaintiff,

v.

AHMED NAJI dba SHOP & SAVE MARKET, et al.,

Defendants.

Case No. 1:25-cv-0210-EGC

**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**

(Doc. 52)

Having considered the parties' Stipulation to Modify the Scheduling Order, (Doc. 52), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the February 2, 2026 Scheduling Order, (Doc. 38), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| **Event** | **Scheduled Date** | **Continued Date** |
|---|---|---|
| Non-Expert Discovery | June 18, 2026 | December 18, 2026 |
| Disclosure of Experts | July 2, 2026 | December 30, 2026 |
| Disclosure of Rebuttal Experts | July 16, 2026 | January 13, 2027 |
| Expert Discovery Deadline | August 27, 2026 | January 27, 2027 |
| Non-Dispositive Motions (filing deadline) | September 15, 2026 | Feb 10, 2027 |
| Non-Dispositive Motions (hearing deadline) | October 21, 2026 | March 17, 2027 |

[1] Some of the parties' proposed dates were modified to comport with the Court calendar. Additionally, a Settlement Conference has not been scheduled. By no later than March 13, 2027, the parties shall file a joint statement 1) confirming that they have met and conferred, and 2) setting forth three to four proposed Settlement Conference dates in accordance with the Court's calendar.

| | | |
|---|---|---|
| Dispositive Motions (filing deadline) | October 13, 2026 | March 3, 2027 |
| Dispositive Motions (hearing deadline) | November 18, 2026 | April 7, 2027 |
| Pretrial Conference | February 10, 2027 | June 2, 2027 |
| Trial | April 13, 2027 | August 4, 2027 |

IT IS SO ORDERED.

Dated: **July 20, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE